**FILED** **CA 08 C 3134** **JUDGE DARRAH**
**MAGISTRATE JUDGE KEYS**
**JUNE 17, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney Generals Office
   100 W. Randolph, 12th floor
   Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RECEIVED  Agent
   ATTORNEY GENERAL  Address

B. Received by (Printed Name)  C. Date of Delivery
   JUN 04 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   OFFICE SRVCS
   MAILROOM

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0001 7312 6400

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED JUN 17 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

• Sender: Please print your name, address, and ZIP+4 in this box •

08-3134
U.S. District Court, Northern District.
219 S. Dearborn
Chicago, IL 60604