UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RONALD KLINER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-3134 |
| TERRY MCCANN, Warden, | ) ) | The Honorable John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

Respondent, TERRY MCCANN, Warden of Stateville Correctional Center, through his attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from June 24, 2008, to and including July 24, 2008.  An affidavit in support of this motion is attached.

June 19, 2008                                        Respectfully submitted,

                                                        LISA MADIGAN
                                                        Attorney General of Illinois

                     By:     s/ Garson Fischer
                                                        GARSON FISCHER, Bar # 6286165
                                                        Assistant Attorney General
                                                        100 West Randolph Street, 12th Floor
                                                        Chicago, Illinois 60601-3218
                                                        TELEPHONE: (312) 814-2566
                                                        FAX: (312) 814-2253
                                                        E-MAIL: gfischer@atg.state.il.us

State of Illinois    )
                     ) SS.
County of Cook       )

## AFFIDAVIT

GARSON FISCHER, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Illinois Attorney General assigned to handle this matter.

2. That petitioner filed the instant habeas petition on May 30, 2008.

3. That respondent, Terry McCann, was ordered to respond to the instant federal habeas corpus petition on or before June 24, 2008, by this Court's order of June 3, 2008.

4. That affiant was assigned to this case on June 13, 2008.

5. That despite due diligence, your affiant will be unable to file a response on behalf of respondent by June 24, 2008.

6. That this is respondent's first request for an extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus.

7. That your affiant has ordered, but not yet received, all of the state court materials necessary for filing an informed response to the instant petition.

8. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9. That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including July 24, 2008,

1

within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

    FURTHER AFFIANT SAYETH NOT.

/s/ Garson Fischer_____
GARSON FISCHER

## CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2008, I electronically filed respondent's **Motion for an Extension of Time** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send electronic notice to the following registered party, counsel for petitioner:

Jonathan I. Loevy
The Exoneration Project
6020 South University Avenue
Chicago, Illinois 60637.

                                                                LISA MADIGAN
                                                                 Attorney General of Illinois

                By:    <u>s/ Garson Fischer</u>
                           GARSON FISCHER, Bar # 6286165
                           Assistant Attorney General
                           100 West Randolph Street, 12th Floor
                           Chicago, Illinois 60601-3218
                           TELEPHONE: (312) 814-2566
                           FAX: (312) 814-2253
                           E-MAIL: gfischer@atg.state.il.us