UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RONALD KLINER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-3134 |
| TERRY MCCANN, Warden, | ) ) | The Honorable John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:   Jonathan I. Loevy
      The Exoneration Project
      6020 South University Avenue
      Chicago, Illinois 60637.

     PLEASE TAKE NOTICE that on Wednesday, June 25, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John W. Darrah, who sits in Courtroom 1203, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

June 19, 2008
                                              Respectfully submitted,
                                              LISA MADIGAN
                                              Attorney General of Illinois

                        By:    s/ Garson Fischer
                              GARSON FISCHER, Bar # 6286165
                              Assistant Attorney General
                              100 West Randolph Street, 12th Floor
                              Chicago, Illinois 60601-3218
                              TELEPHONE: (312) 814-2566
                              FAX: (312) 814-2253
                              E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 19, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send electronic notice to the following registered party, counsel for petitioner:

Jonathan I. Loevy
The Exoneration Project
6020 South University Avenue
Chicago, Illinois 60637.

                                                          LISA MADIGAN
                                                           Attorney General of Illinois

          By:     <u>s/ Garson Fischer</u>
                    GARSON FISCHER, Bar # 6286165
                    Assistant Attorney General
                    100 West Randolph Street, 12th Floor
                    Chicago, Illinois 60601-3218
                    TELEPHONE: (312) 814-2566
                    FAX: (312) 814-2253
                    E-MAIL: gfischer@atg.state.il.us