# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                         Case Number: 08-CV-3134

United States of America ex rel. RONALD KLINER,
Petitioner,
v.
TERRY McCANN,
Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ronald Kliner (Reg. No. B-77152), Petitioner

**FILED NR**

JUN 18 2008
6-18-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Tara Thompson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Tara Thompson | |
| FIRM<br>The Exoneration Project | |
| STREET ADDRESS<br>6020 South University Avenue | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60637 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279922B | TELEPHONE NUMBER<br>(312) 243-5900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐