UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RONALD KLINER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-3134 |
| TERRY MCCANN, Warden, | ) ) | The Honorable John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:  Jonathan I. Loevy
     The Exoneration Project
     6020 South University Avenue
     Chicago, Illinois 60637.

   PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John W. Darrah, who sits in Courtroom 1203, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

July 23, 2008                          Respectfully submitted,
                                       LISA MADIGAN
                                       Attorney General of Illinois

                              By:      s/ Garson Fischer
                                       GARSON FISCHER, Bar # 6286165
                                       Assistant Attorney General
                                       100 West Randolph Street, 12th Floor
                                       Chicago, Illinois 60601-3218
                                       TELEPHONE: (312) 814-2566
                                       FAX: (312) 814-2253
                                       E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send electronic notice to the following registered party, counsel for petitioner:

Jonathan I. Loevy
The Exoneration Project
6020 South University Avenue
Chicago, Illinois 60637.

                                                                        LISA MADIGAN
                                                                       Attorney General of Illinois

                                 By:     <u>s/ Garson Fischer</u>
                                                     GARSON FISCHER, Bar # 6286165
                                                     Assistant Attorney General
                                                     100 West Randolph Street, 12th Floor
                                                     Chicago, Illinois 60601-3218
                                                     TELEPHONE: (312) 814-2566
                                                     FAX: (312) 814-2253
                                                     E-MAIL: gfischer@atg.state.il.us