## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3134 | **DATE** | 7/24/08 |
| **CASE TITLE** | Kliner v. McCann | | |

**DOCKET ENTRY TEXT:**

Respondent's motion for extension of time [12, 13] is granted.  Respondent has until 8/23/08 to answer or otherwise plead.


Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|