UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RONALD KLINER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 3134 |
| TERRY MCCANN, Warden, | ) ) | The Honorable John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:  Jonathan I. Loevy
　　　The Exoneration Project
　　　6020 South University Avenue
　　　Chicago, Illinois 60637.

　　　PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John W. Darrah, who sits in Courtroom 1203, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

August 19, 2008　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　LISA MADIGAN
　　　　　　　　　　　　　　　　　　　　　Attorney General of Illinois

　　　　　　　　　　　　　　　　By:　　s/ Garson Fischer
　　　　　　　　　　　　　　　　　　　　GARSON FISCHER, Bar # 6286165
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　100 West Randolph Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601-3218
　　　　　　　　　　　　　　　　　　　　TELEPHONE: (312) 814-2566
　　　　　　　　　　　　　　　　　　　　FAX: (312) 814-2253
　　　　　　　　　　　　　　　　　　　　E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send electronic notice to the following registered party, counsel for petitioner:

Jonathan I. Loevy
The Exoneration Project
6020 South University Avenue
Chicago, Illinois 60637.

                                                     LISA MADIGAN
                                                     Attorney General of Illinois

By:    <u>s/ Garson Fischer</u>
         GARSON FISCHER, Bar # 6286165
         Assistant Attorney General
         100 West Randolph Street, 12th Floor
         Chicago, Illinois 60601-3218
         TELEPHONE: (312) 814-2566
         FAX: (312) 814-2253
         E-MAIL: gfischer@atg.state.il.us