UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RONALD KLINER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 3134 |
| TERRY MCCANN, Warden, | ) ) | The Honorable John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

TO:  Jonathan I. Loevy
The Exoneration Project
6020 South University Avenue
Chicago, Illinois 60637.

PLEASE TAKE NOTICE that on Thursday, September 18, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John W. Darrah, who sits in Courtroom 1203, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION TO DISMISS, a copy of which is hereby served upon you.

September 5, 2008

                                               Respectfully submitted,
                                               LISA MADIGAN
                                               Attorney General of Illinois

                        By:    s/ Garson Fischer
                                 GARSON FISCHER, Bar # 6286165
                                 Assistant Attorney General
                                 100 West Randolph Street, 12th Floor
                                 Chicago, Illinois 60601-3218
                                 TELEPHONE: (312) 814-2566
                                 FAX: (312) 814-2253
                                 E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send electronic notice to the following registered party, counsel for petitioner:

Jonathan I. Loevy
The Exoneration Project
6020 South University Avenue
Chicago, Illinois 60637.

                                                LISA MADIGAN
                                                Attorney General of Illinois

By:    s/ Garson Fischer
          GARSON FISCHER, Bar # 6286165
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-2566
          FAX: (312) 814-2253
          E-MAIL: gfischer@atg.state.il.us